**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**GLORIA JEAN BRADFORD,**

      **Plaintiff,**

vs.                                                                              **Case No.: 2:14-cv-542
JUDGE SMITH
Magistrate Judge Deavers**

**CAROLE ANN MILLER, M.D.,** *et al.*,

      **Defendants.**

### ORDER

On June 13, 2014, the United States Magistrate Judge issued an *Order and Initial Screen Report and Recommendation* recommending that Plaintiff's request to proceed *in forma pauperis* be granted, but that Plaintiff's Complaint be dismissed for failure to state a claim over which this Court has subject matter jurisdiction. (*See* Doc. 3). The parties were advised of their right to object to the *Report and Recommendation*. This matter is now before the Court on Plaintiff Gloria Bradford's Objections to the *Report and Recommendation*. (*See* Doc. 4). The Court will consider the matter *de novo*. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The objections present the same issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. Plaintiff has failed to allege claims that provide a basis for federal jurisdiction. However, the Magistrate Judge correctly held that dismissal of these claims in this Court does not preclude filing in state court.

For the reasons stated in the *Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

The *Report and Recommendation,* Document 3, is **ADOPTED** and **AFFIRMED.** Plaintiffs' Complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Federal Rule of Civil Procedure 12(h)(3) without prejudice to filing in state court.

The Clerk shall remove Documents 3 and 4 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**